UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                           :

ZURICH AMERICAN INSURANCE COMPANY as    :
subrogee of Brake Parts Inc. LLC,                          :
                                                           :

                     Plaintiff,                  :
                                                           :

                  -v-                       :            24 Civ. 9414 (JPC)
                                                             :

MSC MEDITERRANEAN SHIPPING COMPANY S.A.; :        ORDER OF DISMISSAL
MEDITERRANEAN SHIPPING COMPANY (USA)    :
INC.; T.H.I. GROUP (SHANGHAI) LTD.; RTS       :
HOLDINGS LLC and R.I.M. LOGISTICS, LTD.,   :
                                                             :

                  Defendants.               :
                                                              :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court has been informed that Plaintiff and Defendants MSC Mediterranean Shipping

Company S.A. and Mediterranean Shipping Company (USA) Inc. (together, "Mediterranean

Shipping Company") have reached a settlement in principle in this case. Accordingly, it is ordered

that Plaintiff's claims against Mediterranean Shipping Company are dismissed without costs and

without prejudice to renewing the claims, provided the application is made within forty-five days

of this Order in the event the settlement agreement is not completed and executed. Any such

application filed after forty-five days from the date of this Order may be denied solely on that

basis. If Plaintiff and Mediterranean Shipping Company wish for the Court to retain jurisdiction

for the purposes of enforcing any settlement agreement, they must submit the settlement agreement

to the Court by the deadline to reopen to be "so ordered" by the Court. Pursuant to 3.G of the

Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court

will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public

record.  The Clerk of Court is respectfully directed to terminate Defendants MSC Mediterranean

Shipping Company S.A. and Mediterranean Shipping Company (USA) Inc.

      SO ORDERED.

Dated:  February 11, 2025
        New York, New York

                                      JOHN P. CRONAN
                              United States District Judge